UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY MCLAUGHLIN, | : |
| Plaintiff | :    CIVIL ACTION NO. 3:18-1894 |
| v. | :    (JUDGE MANNION) |
| SCHOTT NORTH AMERICA, INC., | : |
| Defendant | : |

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion for summary judgment **(Doc. 18)** is **GRANTED**.

**(2)** The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the defendant and against the plaintiff.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
**United States District Judge**

**DATE: March 28, 2023**
18-1894-01-ORDER